IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINE EISAN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant.<br>_____/ | No. C -12-01331(EDL)<br><br>**ORDER REQUIRING ATTENDANCE AT HEARING** |

Plaintiff's counsel has filed a motion to withdraw as counsel set for hearing on January 8, 2013. Also before the Court are Defendant's motion to dismiss and motion to expunge notice of pending action, both set to be heard on November 27, 2012. Plaintiff's counsel's motion to withdraw states that he is "willing to attend that hearing, if the Court so orders." Dkt. #38-1 at 2. The Court Orders Plaintiff's counsel to attend the hearing on November 27, 2012.

IT IS SO ORDERED.

Dated: November 19, 2012

                                                                ELIZABETH D. LAPORTE<br>
                                                               United States Magistrate Judge