PETER A. MANKIN, ESQ., SB#66699
SANDRA LOWENSTEIN, ESQ., SB#138823
**SHELDON & MANKIN**
One Ygnacio Center
1990 North California Blvd., Suite 640
Walnut Creek, CA 94596-3775
Telephone:   (925) 935-0300
Facsimile:   (925) 944-1146
Email:           pmankin@smlawyers.com

Attorneys for Plaintiff, Eveline Eisan

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINE EISAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No . CV12-01331 EDL<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**DATE:** February 12, 2013<br>**TIME:** 9:00 A.M.<br>**DEPT.:** Courtroom E, 15th Floor<br>**JUDGE:** Hon. Elizabeth Laporte<br>**TRIAL:** None Set |

STIPULATION AND ORDER RE: DEADLINES

## STIPULATION

IT IS HEREBY STIPULATED between Plaintiff, Eveline Eisan, and Defendant, Wells Fargo Bank, through their respective counsel, that the deadline to file the Opposition to Wells Fargo's Motion to Dismiss the Second Amended Complaint currently due on January 4, 2013, be extended up to and including January 18, 2013. It is further stipulated that the Reply deadline, currently due on January 11, 2013, be extended up to and including January 25, 2013. The hearing date shall remain the same, February 12, 2013 at 9:00 a.m. in Department E of this Court, before the Honorable Elizabeth D. Laporte.

Dated: December 26, 2012

SHELDON & MANKIN

By: _____
Peter A. Mankin, Esq.
Attorneys for Plaintiff Eveline Eisan

Dated: December 27th

ANGLIN, FLEWELLING, et al.

By: _____
Daniel Armstrong, Esq.
Attorneys for Defendant Wells Fargo Bank

IT IS SO ORDERED.

Dated: December 31, 2012

_____
The Hon. Elizabeth D. Laporte
MAGISTRATE JUDGE OF THE COURT

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City of Walnut Creek, California; my business address is Sheldon & Mankin, 1990 North California Boulevard, Suite 640, Walnut Creek, CA 94596-3775.

On the date indicated below, I served the foregoing document(s) described as:

**STIPULATION AND ORDER CONTINUING DEADLINES TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

on the interested party(ies) or attorney(s) for the party(ies) in this action addressed as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Defendant Wells Fargo Bank:*

Robert A. Bailey, Esq.
rbailey@afrct.com
Daniel Armstrong, Esq.
darmstrong@afrct.com
Anglin, Flewelling, et al.
199 South Los Robles Ave., Suite 600
Pasadena, CA 91101
(626) 535-1900/(626) 577-7764 (f)

*Served By Means Other than Electronically Via the Court's CM/ECF System:*

*Counsel for Defendant Cal-Western Reconveyance Corporation*

Robin P. Wright, Esq.
rwright@wrightlegal.net
Nicole K. Neff
nneff@wrightlegal.net
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050/(949) 477-9200 (f)

xx  **BY MAIL.** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Walnut Creek, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Walnut Creek, California on December 27, 2012.

    Jennifer M. Galvan                 /s/ *Jennifer M. Galvan*
[Type of Print Name]                 [Signature of Declarant]