**United States District Court**
For the Northern District of California

1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   EVELINE EISAN,                          No. C -12-01331(EDL)

9              Plaintiff,                   **ORDER REQUIRING APPEARANCE**

10   v.

11   WELLS FARGO BANK,

12              Defendant.
                                          /
13

14        On January 25, 2013, the Court entered an order granting attorney Peter Mankin's motion to

15   withdraw as Plaintiff's counsel.  The Court ordered Mr. Mankin to continue to accept service on

16   Plaintiff's behalf until she obtained new counsel.  (Dkt. 52; Dkt. 57.)  It has come to the Court's

17   attention that Mr. Mankin has stopped accepting service on Plaintiff's behalf even though Plaintiff

18   has not yet obtained new counsel.  The court therefore orders Mr. Mankin to appear at the motion

19   hearing set for August 6, 2013 at 9:00 a.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San

20   Francisco, California, to explain his compliance with the Court's order.  If Mr. Mankin wishes to

21   appear telephonically, he shall notify the Court no later than August 1, 2013, and shall call the

22   Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call.

23   On August 6, 2013, he shall stand by beginning  at 9:00 a.m. until called by the Court.

24        IT IS SO ORDERED.

25

26   Dated: July 29, 2013

27                                          ELIZABETH D. LAPORTE
                                           United States Chief Magistrate Judge

28